Gilbert Y. Jay (SBN 071336)
Nicholas K. Jay (SBN 264760)
LAW OFFICES OF GILBERT Y. JAY
210 Post Street- Suite 208
San Francisco, CA 94108
Tel: (415) 788-7300
Fax: (415) 399-8789
Email: gyjaylaw@gmail.com

Attorneys for Plaintiff
Diane M. Berardi-Stohner

MELINDA HAAG (SBN 132612)
United States Attorney
ALEX G. TSE (SBN 152348)
Chief, Civil Division
ABRAHAM A. SIMMONS (SBN 146400)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
 San Francisco, California  94102-3495
Telephone:  (415) 436-7264
Facsimile:   (415) 436-6748
Email:  Abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA –OAKLAND DIVISION

| DIANE M. BERARDI-STOHNER, | **Case No. 14-CV-01036-KAW** |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| UNITED STATES OF AMERICA, | |
| Defendant. | Date:       July 3, 2014<br>Time:       1:30 p.m.<br>Courtroom:   4 – 3rd Floor |
| | **Before the Honorable Kandis A. Westmore** |

**WHEREAS**, this matter was ~~referred~~ assigned to Magistrate Judge Kandis A. Westmore on March 5, 2014; and

1

**WHEREAS**, Defendant filed a Notice of Motion and Motion to Dismiss for Lack of Subject Matter Jurisdiction on April 22, 2014, setting the hearing on said motion for June 19, 2014; and

**WHEREAS**, on May 27, 2014, this Court continued the date of the hearing on Defendant's motion to July 3, 2014; and

**WHEREAS**, counsel for plaintiff is scheduled to complete jury service on July 3, 2014; and

**WHEREAS**, the parties have met and conferred and consulted the Court's calendar for the purpose of rescheduling the hearing on Defendant's motion for a time that is convenient to the Court and counsel;

**IT IS THEREFORE HEREBY AGREED AND STIPULATED**,

that the parties request that the Court continue the hearing on Defendant's motion from July 3, 2014, to August 7, 2014.

Dated: **June 19, 2014**         **LAW OFFICES OF GILBERT Y. JAY**

By: /s/
Nicholas K. Jay
Attorneys for Plaintiff

Dated: **June 19, 2014**         **MELINDA HAAG**
**United States Attorney**

By: /s/ Abraham A. Simmons
Abraham A. Simmons
Attorneys for the Federal Defendant

**[PROPOSED] ORDER**

The stipulation is approved. The hearing on Defendant's Motion to Dismiss, previously set for July 3, 2014, is continued to August 7, 2014, at 11:00 a.m., 1301 Clay Street, Oakland, CA 94612. **IT IS SO ORDERED.**

Dated: June 23, 2014

The Honorable Kandis Westmore
United States Magistrate Judge